# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

*E-FILED MAY 24 2006 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

## Petition for Summons for Offender Under Supervision

Name of Offender:           Scott T Wreden            Docket No.:   CR 05-00379-01 EMC

Name of Sentencing Judge:   Edward M. Chen
                            United States Magistrate Judge

Date of Original Sentence:  September 7, 2005

Original Offense:
Count One: Possession of a Controlled Substance, 21 U.S.C. § 844(a), a Class A misdemeanor

Original Sentence: One year probation
Special Conditions: Not own or possess any firearms, ammunition, destructive devices, or other dangerous weapon; drug/alcohol treatment

Type of Supervision: Prejudgement Probation   Date Supervision Commenced: September 7, 2005
Assistant U.S. Attorney: Derek Owens           Defense Counsel: Josh Cohen (AFPD)

### Petitioning the Court

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on June 7, 2006 at 9:30 a.m.

I, John P. Storm, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

Scott T Wreden  
CR 05-00379-01 EMC

Page 2

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number eight that the defendant shall not purchase, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as described by a physician in that, he used the controlled substance, methamphetamine, on October 30, 2005; the controlled substance marijuana on November 9, 2005 and on February 17, 2006; and the controlled substance cocaine on January 24, 2006. |

> Shortly after he was granted pre-judgment probation, Mr. Wreden moved to Shelter Cove, California and his whereabouts were unknown for a brief period. On November 9, 2005 Scott Wreden reported to the probation office without an appointment and informed me that he knew I was trying to make contact with him. An initial interview was conducted and, during the course of the interview, Mr. Wreden admitted he used methamphetamine on October 30, 2005 and marijuana on November 9, 2005 before coming to the probation office. Wreden was admonished to cease using any controlled substances, informed that his California Prescription for Marijuana pursuant to Proposition 215 did not authorize him to use marijuana during his term of supervision and referred for substance abuse testing and counseling to the Humboldt County Family Services Center in Eureka. A urine sample was collected on November 9, 2005 which was presumptively positive for THC. The sample was submitted to Scientific Testing Laboratories, Inc. and, on November 15, 2005 the laboratory reported that the sample was confirmed to be positive for THC, indicating marijuana use.
>
> On February 2, 2006, Michael Hoes, the offender's counselor at Humboldt Family Service Center, informed me that he collected a urine sample from Wreden on January 24, 2006 which was presumptively positive for cocaine. He added that the sample had been sent to the laboratory for confirmation, but that the sample was damaged in transit and there was an insufficient quantity of urine for analysis when it arrived at the laboratory.

NDC-SUPV-FORM 12C(1) 03/23/05

Scott T Wreden
CR 05-00379-01 EMC

On February 24, 2006 Mr. Wreden met with his counselor Michael Hoes and admitted eating a piece of cake containing marijuana on February 17, 2006. He told Mr. Hoes the use was inadvertent in that he did not know there was marijuana in the cake before he ate it. A urine sample collected by Mr. Hoes on February 24, 2006 was presumptively positive for THC, indicating marijuana use. The sample was forwarded to the laboratory for confirmation but the results of the analysis have not been received.

My belief that the offender violated the conditions of supervision is based on my personal observations, training and experience, the offender's admissions and my belief that the urine testing procedures and equipment employed by Mr. Michael Hoes and Scientific Testing Laboratories, Inc. are reliable.

Address of offender:   Mailing -      P.O. Box 68
                                      Whitethorn, CA 95589

                       Residence -    Highview Circle
                                      Shelter Cove, CA

Based on the foregoing, there is probable cause to believe that Scott T. Wreden violated the conditions of his supervision.

Respectfully submitted,

John P. Storm
U.S. Probation Officer
Date Signed: May 1, 2006

Approved as to form:

Sharon K. Alberts
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(1) 03/23/05

Scott T Wreden                                                                                          Page 4
CR 05-00379-01 EMC

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☐   The issuance of a summons for the offender to appear in court before ~~the duty~~ Magistrate Judge Chen for ~~identification of counsel and setting of revocation proceedings~~ on June 7, 2006 at 9:30 a.m.
☐   Other:  First appearance on Pre-judgment Violation Hearing

_May 24, 2006_

Date

Edward M. Chen
United States Magistrate Judge