# UNITED STATES DISTRICT COURT

for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Amended Petition for Summons for Offender Under Supervision

Name of Offender:           Scott T Wreden           Docket No.:  CR 05-00379-01 EMC

Name of Sentencing Judge:   Edward M. Chen
                            United States Magistrate Judge

Date of Original Sentence:  September 7, 2005

Original Offense:
Count One: Possession of a Controlled Substance, 21 U.S.C. § 844(a), a Class A misdemeanor

Original Sentence: One year probation
Special Conditions: Not own or possess any firearms, ammunition, destructive devices, or other dangerous weapon; drug/alcohol treatment

Type of Supervision: Prejudgement Probation  Date Supervision Commenced: September 7, 2005
Assistant U.S. Attorney: Derek Owens                Defense Counsel: Josh Cohen (AFPD)

### Petitioning the Court

For the Court to take notice of an additional violation at the progress review previously scheduled August 30, 2006 at 9:30 a.m.

I, John P. Storm, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

Scott T Wreden                                                                 Page 2
CR 05-00379-01 EMC

Charge Number          Violation

One                    There is probable cause to believe that the offender violated standard condition number eight that the defendant shall not purchase, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician in that, he used the controlled substance, methamphetamine, on October 30, 2005; the controlled substance marijuana on November 9, 2005 and on February 17, 2006; and the controlled substance cocaine on January 24, 2006.

> Shortly after he was granted pre-judgment probation, Mr. Wreden moved to Shelter Cove, California and his whereabouts were unknown for a brief period. On November 9, 2005 Scott Wreden reported to the probation office without an appointment and informed me that he knew I was trying to make contact with him. An initial interview was conducted and, during the course of the interview, Mr. Wreden admitted he used methamphetamine on October 30, 2005 and marijuana on November 9, 2005 before coming to the probation office. Wreden was admonished to cease using any controlled substances, informed that his California Prescription for Marijuana pursuant to Proposition 215 did not authorize him to use marijuana during his term of supervision and referred for substance abuse testing and counseling to the Humboldt County Family Services Center in Eureka. A urine sample was collected on November 9, 2005 which was presumptively positive for THC. The sample was submitted to Scientific Testing Laboratories, Inc. and, on November 15, 2005 the laboratory reported that the sample was confirmed to be positive for THC, indicating marijuana use.
>
> On February 2, 2006, Michael Hoes, the offender's counselor at Humboldt Family Service Center, informed me that he collected a urine sample from Wreden on January 24, 2006 which was presumptively positive for cocaine. He added that the sample had been sent to the laboratory for confirmation, but that the sample was damaged in transit and there was an insufficient quantity of urine for analysis when it arrived at the laboratory.

Scott T Wreden  
CR 05-00379-01 EMC

Page 3

On February 24, 2006 Mr. Wreden met with his counselor Michael Hoes and admitted eating a piece of cake containing marijuana on February 17, 2006. He told Mr. Hoes the use was inadvertent in that he did not know there was marijuana in the cake before he ate it. A urine sample collected by Mr. Hoes on February 24, 2006 was presumptively positive for THC, indicating marijuana use. The sample was forwarded to the laboratory for confirmation but the results of the analysis have not been received.

My belief that the offender violated the conditions of supervision is based on my personal observations, training and experience, the offender's admissions and my belief that the urine testing procedures and equipment employed by Mr. Michael Hoes and Scientific Testing Laboratories, Inc. are reliable.

**Two**  There is probable cause to believe that the offender violated standard condition number eight that the defendant shall not purchase, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician in that, on June 25, 2006 he possessed marijuana.

According to incident report 7373714, prepared by United States Forest Service Law Enforcement Officer Ramon Polo, on June 25, 2006 at approximately midnight, the Lake County Sheriff's Dispatcher informed U.S. Forest Service Law Enforcement Officers that there was an ongoing disturbance at Site 42 of the Sunset Campground, in the Lake Pillsbury Basin of the Mendocino National Forest. The disturbance had been reported by the campground supervisor.

Officers drove to the campground, arriving at about 2:00 a.m., and contacted the campground supervisor who told the officers that the occupants of site 42 made threatening and intimidating remarks to him in response to his attempts to encourage the occupants to abide by campground regulations that there be no loud music or talking after 10:00 p.m. and that the occupants should not block access routes with their boat trailers or vehicles. The campground supervisor also told officers that the situation was so bad that the occupant of a neighboring site left after the occupants of Site 42 intimidated her and her family.

NDC-SUPV-FORM 12C(1) 03/23/05

Scott T Wreden  
CR 05-00379-01 EMC

Page 4

| | |
|---|---|
| Two (Continued) | The campground supervisor led the Law Enforcement Officers to Site 42 where they found Scott Wreden asleep in a tent. The officers shook the tent and announced that the police were there and that the occupant should come out and talk to them. After several repetitions, Wreden awoke and began cursing at the officers. He was told to step outside his tent and, when he did so, was informed of the complaint and instructed to leave the campground immediately. Wreden protested and said he did nothing wrong, but the campground supervisor identified him as one of the people responsible for the disturbance. According to the incident report, Wreden "got mouthy and verbally abusive" and one of the officers asked him if he had been drinking that evening. Wreden responded that he had. |
| | The officers noted that he had objective signs of alcohol intoxication including slurred speech and red eyes, and arrested him for public intoxication. Wreden was handcuffed and asked for his identification. Wreden said it was in his wallet and that the wallet was in his backpack in the back of an SUV nearby. The officer searched for the wallet in the SUV and located the backpack. Inside the backpack, the officer found the wallet, a summons directing Wreden to appear in the Northern District of California on June 7, 2006 regarding a probation violation, and approximately .04 gram of marijuana. (No smoking papers or pipe were found.) |
| | My belief that the offender violated the conditions of supervision is based on the officer's incident report and my knowledge of the offender's history. |
| Address of offender: | Mailing - P.O. Box 68<br>Whitethorn, CA 95589 |
| | Residence - Highview Circle<br>Shelter Cove, CA |

Based on the foregoing, there is probable cause to believe that Scott T. Wreden violated the conditions of his supervision.

NDC-SUPV-FORM 12C(1) 03/23/05

Scott T Wreden    Page 5
CR 05-00379-01 EMC


Respectfully submitted,

*/s/ John P. Storm*

John P. Storm
U.S. Probation Officer
Date Signed: August 18, 2006

                              Approved as to form:

                              */s/ Sharon K. Alberts*

                              Sharon K. Alberts
                              Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The Court will take notice of the additional alleged violation at the progress review hearing set August 30, 2006 at 9:30 a.m.
☐ Other:

8/28/06
Date

                              Edward M. Chen
                              United States Magistrate Judge