1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6488
7  Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,          )   No. CR 05-00379 MAG
                                      )
14       Plaintiff,                   )
                                      )   MOTION AND [PROPOSED] ORDER TO
15   v.                               )   DISMISS INFORMATION
                                      )
16 SCOTT T. WREDEN,                   )
                                      )
17       Defendant.                   )
                                      )
18 _____)

19     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court
20 endorsed hereon, the United States Attorney for the Northern District of California hereby
21 dismisses the captioned Information against the defendant Scott T. Wreden with prejudice; he
22 successfully completed his pre-judgment probation program.

23

24 DATED:     11/21/06                        Respectfully submitted,

25                                            KEVIN V. RYAN
                                              United States Attorney
26

27                                            /s/ Derek R. Owens
                                              DEREK R. OWENS
28                                            Special Assistant United States Attorney

DISMISSAL OF INFORMATION
CR 05-00379 MAG

**FILED**
NOV 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | Leave of court is granted to file the foregoing dismissal with prejudice.

DATED: 11/22/06

_____
EDWARD M. CHEN
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 05-00379 MAG